(No. 6551—

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 13, 1972.*

SUN OIL COMPANY OF PENNSYLVANIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.